**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David LUTZ, Defendant–Appellant.**

No. 06–10731.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007.*

Filed July 19, 2007.

Leslie E. Osborne, Jr., Esq., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Shanlyn A.S. Park, Federal Public Defender's Office, Honolulu, HI, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

MEMORANDUM **

David Lutz appeals from the district court's judgment revoking his supervised release and imposing a 10–month sentence.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

*·This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(1967), counsel for Lutz has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.